# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**FREDERICK BENET WEBB, JR.**                                                           **PETITIONER**
**Reg # 32647-044**

**VS.**                           **2:08CV00147-WRW-BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Petitioner's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus without prejudice.

IT IS SO ORDERED this 29th day of December, 2008.


                                        /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE